COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Timothy H. Queen
Calcasieu Correctional Center DOC No. 54443
5410 E. Broad Street
Lake Charles LA 70615

**REHEARING ACTION: August 5, 2015**

**Docket Number: 15   00483-KH**

**STATE OF LOUISIANA**
**VERSUS**
**TIMOTHY H. QUEEN**

**Writ Application from Calcasieu Parish Case No. 6736-09**

**BEFORE JUDGES:**

> Hon. Jimmie C. Peters
> Hon. James T. Genovese
> Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the ruling for the

application for rehearing filed by **Timothy H. Queen** is:

> **REHEARING DENIED.** The defendant may not seek a rehearing in this
> matter, as this court denied his writ application. Uniform Rules--Courts of
> Appeal, Rule 2-18.7. The proper method to seek review of claims asserted
> in *State v. Queen*, 15-483 (La.App. 3 Cir. 6/9/15) (unpublished opinion), is by
> filing a writ application correcting the deficiencies noted in this court's ruling
> therein.

> Peters, J., concurs in the result.

cc: John Foster DeRosier, Counsel for the Respondent